■   In the Matter of BERTRAM L. PODELL, Petitioner, for Reinstatement as an Attorney and Counselor at Law of the State of New York. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Respondent. —By order of this court dated May 6, 1980, this court vacated the order dated March 13, 1978 which had disbarred the petitioner, confirmed a Referee's report dated July 28, 1977 and ordered petitioner suspended from the practice of law for two years *nunc pro tunc* as of March 13, 1978 and referred the matter to the Committee on Character and Fitness to hear and to report on whether petitioner presently possesses the requisite character and fitness for an attorney and counselor at law. The Character Committee has filed its report with its findings that petitioner does possess the requisite character and fitness. The court adopts the report of the Character Committee and directs that petitioner be reinstated as an attorney and counselor at law effective immediately and directs that the clerk of this court restore his name to the roll of attorneys and counselors at law forthwith. Mollen, P. J., Hopkins, Damiani, Titone and Lazer, JJ., concur.

■   In the Matter of LAWRENCE SALVATORE INGOGLIA, a Disbarred Attorney.—Application by Lawrence Salvatore Ingoglia, a disbarred attorney, for reinstatement to the Bar of the State of New York. By order of this court dated January 14, 1980, the matter was referred to the Committee on Character and Fitness for the Secoond, Tenth and Eleventh Judicial Districts to investigate and report on whether the petitioner complied with this court's order of disbarment dated September 9, 1968 and whether he presently possesses the character and fitness requisite to an attorney and counselor at law. The Character Committee has filed its report together with its finding that petitioner has complied with the disbarment order and presently possesses the requisite character and fitness. This court adopts the committee's report and directs that the petitioner be reinstated as an attorney and counselor at law effective immediately and the clerk of this court is ordered to restore his name to the roll of attorneys and counselors at law forthwith. Mollen, P. J., Hopkins, Damiani, Titone and Lazer, JJ., concur.